IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**

**Grand Jury Sworn in on November 9, 2023**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO.: |
| Plaintiff, | Grand Jury Original |
| v. | 18 U.S.C. § 2 (Aiding and Abetting); |
| BON KU, | 18 U.S.C. § 371 (Conspiracy); |
| | 18 U.S.C. § 201(b)(2)(A) (Bribery); |
| Defendant. | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) (Criminal Forfeiture) |

## INDICTMENT

The Grand Jury charges that:

### General Allegations

At all times relevant to this Indictment:

1.      The Dragon Hill Lodge ("DHL") was a U.S. Army lodging facility located in Seoul, Republic of Korea, also known as South Korea.

2.      The defendant, BON KU ("KU"), was employed at DHL from in or around 1997 through in or around 2020.

3.      Co-conspirator 1 was a South Korean resident and the owner of Company 1.

4.      Company 1 was a South Korean-based company that KU recommended to DHL management for at least one contract.  Company 1 contracted with DHL to provide hotel staffing services and labor from in or around 2017 through in or around 2022.

5.      Bank 1 was a financial institution located in South Korea where KU maintained an account. KU received payments at this bank account from representatives of Company 1 in return for advising DHL management and recommending that Company 1 be awarded at least one contract.

1

**COUNT ONE**
**Conspiracy to Commit Bribery of a Public Official**
**(18 U.S.C. § 371)**

6.      Paragraphs 1 through 5 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

7.      From in or around 2017 through in or around 2021, out of the jurisdiction of any particular State or district, the defendant,

**BON KU,**

did knowingly and willfully, that is, with the intent to advance the objects of the conspiracy, combine, conspire, and agree with Co-conspirator 1, and others, known and unknown, to commit an offense against the United States, namely, bribery of a public official, that is, KU, being a public official, directly and indirectly, corruptly demanded, sought, received, accepted, and agreed to receive and accept a thing of value personally, in return for being influenced in the performance of an official act, in violation of Title 18, United States Code, Section 201(b)(2)(A).

Objects of the Conspiracy

8.      The objects of the conspiracy were for KU to corruptly receive monetary payments from Co-conspirator 1, and others, known and unknown, in return for advising DHL management and recommending that Company 1 be awarded at least one contract.

Manner and Means of the Conspiracy

9.      In furtherance of the conspiracy, and to accomplish its objects, KU and Co-conspirator 1, and others, known and unknown, employed the following manner and means, among others:

   a.   in or around 2016, after learning that DHL intended to engage a new hotel staffing contractor after a previous contract expired, KU advised DHL management and recommended that DHL hire Company 1 to replace the former contractor;

b. KU and Co-conspirator 1 agreed that if DHL awarded Company 1 a contract, Co-conspirator 1 would pay KU for his advice and recommendation to DHL;

c. after KU recommended that DHL award a contract to Company 1, and after DHL awarded Company 1 at least one contract, Co-conspirator 1 paid KU in cash;

d. Co-conspirator 1 also paid KU through electronic transfers from Co-conspirator 1's bank account and a bank account held in Co-conspirator 1's wife's name; and

e. Company 1 received approximately $9 million through monthly payments from DHL from in or around 2017 through in or around 2022.

<u>Overt Acts</u>

10.     In furtherance of the conspiracy and to effect its unlawful objects, KU, Co-Conspirator 1, and others, known and unknown, caused to be committed, out of the jurisdiction of any particular State or district, the following overt acts, among others:

a. on or about October 24, 2020, KU received from Co-conspirator 1's bank account approximately ₩500,000 Korean Won into an account that KU controlled at Bank 1; and

b. on or about March 19, 2021, KU received from a bank account held in Co-conspirator 1's wife's name approximately ₩500,000 Korean Won into an account that KU controlled at Bank 1.

All in violation of Title 18, United States Code, Section 371.

**COUNT TWO**
**Bribery of a Public Official**
**(18 U.S.C. § 201(b)(2)(A))**

11.     Paragraphs 1 through 5 and Paragraphs 9 through 10 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

12.     Beginning in or around 2017 and continuing through in or around 2021, out of the jurisdiction of any particular State or district, the defendant,

**BON KU**,

a public official, directly and indirectly, corruptly demanded, sought, received, accepted, and agreed to receive and accept a thing of value, including money, in return for being influenced in the performance of any official act, specifically, KU agreed to receive and did receive monetary payments in return for agreeing to take one or more official acts that would help influence the award of at least one contract to Company 1.

All in violation of Title 18, United States Code, Sections 201(b)(2)(A) and 2.

## FORFEITURE NOTICE

13.     The allegations contained in all paragraphs in this Indictment are realleged and incorporated as though fully set forth herein for the purpose of alleging forfeiture to the United States of certain property in which KU has an interest.

14.     Upon conviction of the offenses charged in this Indictment, KU shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the commission of the offenses, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

15.     If any of the property described above, as a result of any act or omission of KU:

        a.   cannot be located upon the exercise of due diligence;

        b.   has been transferred, sold to, or deposited with a third party;

        c.   has been placed beyond the jurisdiction of the Court;

        d.   has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant, up to the value of the above forfeitable property, and in addition, to require the defendant to return any such property to the jurisdiction of the Court for seizure and forfeiture.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461(c), and the procedures set forth in Title 21, United States Code, Section 853.

A TRUE BILL

_____
Foreperson

GLENN S. LEON
Chief, Fraud Section
Criminal Division
United States Department of Justice

By:    _____
       MATT KAHN
       BRANDON BURKART
       Trial Attorneys, Fraud Section