UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES,**<br><br>             v.<br><br>**BON KU.** | Case No. 23-CR-00451 (APM) |

## GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE

The United States, by and through undersigned counsel, respectfully submits this Motion to Dismiss the Indictment in this case without prejudice. On March 12, 2024, the Defendant pled guilty to one of the counts charged in a separate case in the District of Hawaii. Case. No. 22-CR-00108 (HG). As part of the plea agreement, the Government agreed to dismiss this case. Thus, the Government requests that the Court enter an order dismissing this case without prejudice.

Date: March 15, 2024

Respectfully submitted,

GLENN S. LEON
Chief
U.S. Department of Justice
Criminal Division, Fraud Section

/s/ *Matt Kahn*
MATT KAHN
BRANDON BURKART
Trial Attorneys
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
Office: (202) 305-1648
Email: Matthew.Kahn2@usdoj.gov

1